JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. HAYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-09513-SVW (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the First Amended Complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: April 28, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE